JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

SARA F.,

      Plaintiff,

          v.

FRANK BISIGNANO,
Commissioner of Social Security,

      Defendant.

Case No. CV 25-06001-DFM

JUDGMENT

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this matter is dismissed with prejudice.

Date: January 21, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge